IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAGEN JACOBS,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., and DOES 1 to 10, inclusive,

    Defendants.

No. C 12-03217 WHA

**ORDER DENYING MOTIONS TO APPEAR BY TELEPHONE**

The Court **DENIES** the parties' requests to appear at the case management conference by telephone because it is difficult to conduct hearings over the telephone.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE