G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
RAGEN JACOBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGEN JACOBS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 12-cv-03217-WHA<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

　　　Plaintiff, RAGEN JACOBS, by counsel, and Defendant, DIVERSIFIED COLLECTION SERVICES, INC., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against DIVERSIFIED COLLECTION SERVICES, INC. should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: December 7, 2012        By: /s/ G. Thomas Martin, III
                                                 G. Thomas Martin, III, Esq.
                                                 PRICE LAW GROUP, APC
                                                 15760 Ventura Blvd., Suite 1100
                                                 Encino, CA 91436
                                                 Telephone: 818-907-2030
                                                 Fax: 818-205-2730
                                                 Email: tom@plglawfirm.com

*Attorneys for Plaintiff*

Date: December 7, 2012        By: /s/ Danielle R. Teeters
                                                 Danielle R. Teeters, Esq.
                                                 KRONICK, MOSKOVITZ,
                                                 TIEDEMANN & GIRARD
                                                 400 Capitol Mall, 27th Floor
                                                 Sacramento, CA 95814
                                                 Telephone: 916- 321-4500
                                                 Fax: 916-321-4555
                                                 Email: dteeters@kmtg.com

*Attorneys for Defendant*